UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RONICE LOUIS,<br>   Plaintiff/Petitioner,<br><br>   v.<br><br>MELIDA CHARLES,<br>   Defendant/Respondent. | **CIVIL ACTION**<br>**No. 25-10679-IT** |

ORDER

  Ronice Louis, a citizen of Chile, brings this action, through counsel, pursuant to the Hague Convention on the Civil Aspects of International Child Abduction, as implemented by the United States by the International Child Abduction Remedies Act ("ICARA"). See Docket No. 1. Louis alleges that his minor son, S.L.C. was wrongfully removed from Chile and is now with the child's mother in Brockton, Massachusetts. Id. Louis filed an Application to Proceed in District Court Without Prepaying Fees or Costs, see Docket No. 2, and a Motion under the Hague Convention for Entry of a Temporary Restraining Order and Scheduling of an Expedited Hearing. See Docket No. 3.

  Litigants seeking to proceed *in forma pauperis* must submit an affidavit that includes a statement of all plaintiff's assets. See 28 U.S.C. § 1915(a)(1). This "affidavit" requirement is satisfied as long as it contains the phrase "under penalty of perjury" and states that the document is true. See 28 U.S.C. § 1746 (unsworn declarations under penalty of perjury); see also Rowland v. California Men's Colony, Unit II Men's Advisory Council, 506 U.S. 194, 205 (1993) (discussing function of affidavit requirement).

  Upon review of the pleadings, it is hereby ORDERED that:

  1. Plaintiff's Application to Proceed in District Court Without Prepaying Fees or

Costs [Doc. No. 2] is CONDITIONALLY GRANTED.  Because Plaintiff's Application contains a typewritten "/s" signature, and he has not actually signed the Application under the penalties of perjury, he shall file an Application with his signature within 45 days of the date of this Order.

2. Plaintiff's Motion for Temporary Restraining Order [Doc. No. 3] is granted, in part, by prohibiting the Defendant from removing the minor child S.L.C. from this Court's jurisdiction  and is otherwise DENIED without prejudice.  42 U.S.C. § 11604. Where Plaintiff has filed this motion without oral or written notice to the Defendant, the order shall be in effect from the time written or oral notice of the order is given to the Defendant and shall remain in effect for fourteen days from date of entry only. Fed.R.Civ.Proc. 65(b)(2). Defendant may seek to dissolve this order on 2 days notice to the Plaintiff. Fed.R.Civ.Proc. 65(b)(4). Plaintiff may seek to extend this Order or for additional relief by motion, with service on the Defendant.

3. The Clerk shall issue a summons for service of the Defendant. Plaintiff is responsible for ensuring that the summons, Plaintiff's Complaint [Doc. No. 1], Plaintiff's Motion for Temporary Restraining Order [Doc. No. 3], Plaintiff's Supporting Memorandum [Doc. No. 4], and this order are served on the Defendant in accordance with Rule 4 of the Federal Rules of Civil Procedure.

4. Defendant shall answer or respond to the Complaint within 21 days after being served with the summons and complaint.

5. Because Plaintiff is conditionally proceeding *in forma pauperis*, he may elect to have service completed by the United States Marshals Service ("USMS"). If Plaintiff chooses to have service completed by the USMS, he shall provide the agency with a copy of this order, all papers for service, and a completed USM-285 form for each party to be served. The USMS shall complete service as directed by Plaintiff with all costs of service to be advanced by the United

States.

**So ordered.**

March 24, 2025                                     /s/ Indira Talwani
                                                   UNITED STATES DISTRICT JUDGE